UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                                          Chapter 7

Moon M. Choung,                                                       Case No. 25- 42947-JMM

                          Debtor.
---------------------------------------------------------x
Luis Alberto Martinez Arellano,

                                                          Adv. Pro. 25-01114-JMM

                          Plaintiff,

      -against-

Yun W. Choung and Moon Choung

                        Defendants.
---------------------------------------------------------x

## **MEDIATION ORDER**

        **WHEREAS**, pending before this Court is a dispute between Luis Alberto Martinez Arellano, Yun W. Choung, and Moon Choung. (collectively, the "Mediation Parties") concerning a complaint objecting to the dischargeability of debt pursuant to 11 U.S.C. § 523(a)(6) (the "Matter");

        **WHEREAS**, this Court has determined that the Matter should be referred to mediation.

        **NOW, THEREFORE**, it is hereby

        **ORDERED**, that the Matter is referred to mediation pursuant to Rule 9019-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Eastern District of New York ("E.D.N.Y. LBR 9019-1"); and it is further

        **ORDERED**, by **February 17, 2026,** the Mediation Parties shall select a mediator and one alternate from the register of approved mediators of the United States Bankruptcy Court for the Eastern District of New York or the register of approved mediators of the United States

Bankruptcy Court for the Southern District of New York; and it is further

**ORDERED**, if the Mediation Parties are unable to agree upon a mediator and an alternate, the **Plaintiff** shall so advise the Court by filing a letter on the docket of this case and emailing a copy of the letter to jmm_hearings @nyeb.uscourts.gov by **February 18, 2026**; and it is further

**ORDERED**, that upon the selection of a mediator, the Mediation Parties promptly shall submit to this Court a proposed stipulation and order that authorizes the appointment of the selected mediator and certain guidelines for the mediation (the "Stipulation and Mediation Order") (a form of which is annexed hereto); and it is further

**ORDERED**, that, in addition to an attorney, an individual with final authority to settle the Matter and to bind each of the Mediation Parties shall attend the mediation on behalf of each Mediation Party; and it is further

**ORDERED**, that the cost of mediation shall be borne equally by the Mediation Parties, subject to further agreement by the Mediation Parties and the Mediator; and it is further

**ORDERED**, that upon conclusion of the mediation, the Mediator shall file with this Court a notice that the Mediator has conducted a mediation, the parties who mediated, the names of counsel who participated in the mediation, and whether the mediation resulted in a settlement of all or a portion of the issues to be mediated; and it is further

**ORDERED**, that all fees due the mediator by the Debtor's estate, including any fees for which any Mediation Party will seek reimbursement as an expense of administration of the Debtor's estate, shall be paid only upon application to and approval of the United States Bankruptcy Court in accordance with 11 U.S.C. §§ 330 and 331; and it is further

**ORDERED**, the Mediation Parties are directed to appear at a status conference on **April 21, 2026** at **11:30 a.m.** before Judge Jil Mazer-Marino, in Courtroom 3529 at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York, 11201, for a hearing on the Matter (the "Hearing"); and it is further

**ORDERED**, that the Hearing may be held in person, by phone, or by videoconference. Regardless of whether you intend to appear in person, by phone, or by videoconference, those intending to appear at the Hearing must register with eCourt Appearances no later than two (2) days prior to the Hearing. The phone number or video link for the Hearing will be emailed only to those that register with eCourt Appearances in advance of the Hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov; and it is further

**ORDERED**, that to the extent the procedures for mediation are not set forth herein or in the proposed Stipulation and Mediation Order, the mediation shall be governed by E.D.N.Y. LBR 9019-1; and it is further

**ORDERED** all pleading, discovery, and other deadlines related to this adversary proceeding are stayed pending completion of the mediation; and it is further

**ORDERED**, that the dates and deadlines set forth in this Order shall not be extended except by order of the Court upon application made for good cause shown.

Dated: February 9, 2026
Brooklyn, New York



_____
Jil Mazer-Marino
United States Bankruptcy Judge